# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2014

### NO. 03-13-00133-CV

**Lisa Kastleman, Appellant**

**v.**

**Bryan Kastleman, Appellee**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
DISMISSED AS MOOT -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on December 5, 2012. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.